# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ATC Leasing Company, LLC, | : | Case No. 1:08CV1448 |
| | : | |
| Plaintiff | : | Judge Donald C. Nugent |
| | : | |
| v. | : | Magistrate Judge David S. Perelman |
| | : | |
| Pump House Ministries, Inc., | : | **REPORT AND RECOMMENDED** |
| | : | **DECISION** |
| Defendant | : | |

Plaintiff has filed a pleading captioned as "Reply To Defendant's Response To Notification Of Filing Under Bankruptcy Code And Motion For Costs." While it alludes to the impact of the plaintiff's bankruptcy on this action, what it really requests is an award of its costs in filing the subject motion.

In this Court's opinion there was no real reason for the pleading to be filed, and the request for an award of plaintiff's costs for doing so is one of the more petty exercises in lack of professional courtesy that it has been this Court's misfortune to encounter for several years.

It is recommended that the request for costs be summarily dismissed.

s/DAVID S. PERELMAN<br>
United States Magistrate Judge

DATE:   September 29, 2008

## OBJECTIONS

Any objections to this Report and Recommended Decision must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See, also, Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).