IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ATC LEASING CO., LLC, | ) | CASE NO.: 1:08 CV 1448 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| PUMP HOUSE MINISTRIES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on a Report and Recommendation by Magistrate Judge David S. Perelman. (ECF # 18.) The Report and Recommendation states the following:

> Plaintiff has filed a pleading captioned as "Reply To Defendant's Response To Notification Of Filing Under Bankruptcy Code And Motion For Costs." While it alludes to the impact of the plaintiff's bankruptcy on this action, what it really requests is an award of its costs in filing the subject motion. In this Court's opinion there was no real reason for the pleading to be filed, and the request for an award of plaintiff's costs for doing so is one of the more petty exercises in lack of professional courtesy that it has been this Court's misfortune to encounter for several years. It is recommended that the request for costs be summarily dismissed.

(*Id.*) Although no objections to the Report and Recommendation have been filed, the Court has reviewed the Report and Recommendation *de novo*. See *Thomas v. Arn*, 474 U.S. 140 (1985). Upon consideration of the entire record, the Court finds Magistrate Judge Perelman's Report and Recommendation to be correct. Therefore, the Report and Recommendation is ADOPTED in its entirety, and the Request for Costs is DISMISSED. (ECF # 18.)

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATED: October 20, 2008